United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1225NE

_____

Gene Abboud, doing business as          *
Broadway Enterprises,                    *
                                         *
          Appellant,                     *
                                         *
     v.                                  *
                                         *
Time Warner Entertainment Company,       *
L.P., a Delaware Limited Partnership,    *
                                         *
          Appellee.                      *


_____                    Appeals from the United States
                                   District Court for the District
No. 97-1481NE                      of Nebraska.

_____                          [UNPUBLISHED]

Modern Electronics, Inc., a Nebraska     *
Corporation,                             *
                                         *
          Appellant,                     *
                                         *
     v.                                  *
                                         *
Time Warner Entertainment Company,       *
A Delaware Limited Partnership,          *
                                         *
          Appellee.                      *

_____

Submitted: October 23, 1997
Filed: October 31, 1997
_____

Before FAGG, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Gene Abboud, doing business as Broadway Enterprises, and Modern Electronics, Inc. appeal the district court's orders denying their declaratory judgment actions against Time Warner Entertainment Company because "this action is not ripe and presents no actual controversy." Their appeals have been submitted on the briefs. Having considered the record and the parties' arguments, we conclude the district court's rulings are clearly correct. We thus affirm the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.